# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID HOPE, | - |
| Plaintiff, | - |
| v. | -   1:11-cv-00187-WHA -CSC |
| AMERICAN RECOVERY SERVICES, INC. A/K/A ARSI, | - |
| Defendant. | - |

## NOTICE OF SETTLEMENT
### (Unlawful Debt Collection Practices)

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DAVID HOPE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED: April 14, 2011              KROHN & MOSS, LTD.

By: /s/ M. Brandon Walker
    M. Brandon Walker, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on April 14, 2011, I served all counsel of record with a copy of this document by way of email at michael.lavigne@arsigroup.com.

By: /s/ M. Brandon Walker
    M. Brandon Walker, Esq.